

**MEMORANDUM OPINION**

No. 04-08-00817-CV

Jesus **CASTILLO** and All Other Occupants,
Appellants

v.

Juan **CANTU**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2008-CVD-000010-L 1
Honorable Ben Morales, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   January 21, 2009

DISMISSED

On November 3, 2008, appellant filed a document entitled "Defendant's Motion to Withdraw Notice of Appeal and Affidavit in Lieu of Supersedas [sic] Bond." The motion states, "This court has been dismissed defendant for lack of jurisdiction." On November 17, 2008, this court issued an order stating that it had made no determination with regard to our jurisdiction to consider this appeal and ordered appellants to provide written clarification as to whether appellants were requesting a voluntary dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We subsequently ordered that we

would construe appellants' motion as a request for a voluntary dismissal if appellants failed to provide written clarification by December 22, 2008. No response was filed. Accordingly, we grant appellants' motion to withdraw their notice of appeal and dismiss the appeal. Costs of the appeal are taxed against appellants.

PER CURIAM